# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WALTER McCULLOUGH                                                  PETITIONER

v.                       NO. 5:07CV00015 SWW

LARRY NORRIS, Director of the                                RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Larry Norris ("Norris") is granted. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Walter McCullough is dismissed without prejudice. Judgment will be entered for Norris.

IT IS SO ORDERED this 7th day of May, 2007.

                                                         /s/Susan Webber Wright

                                                         UNITED STATES DISTRICT JUDGE