IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER A. McCULLOUGH                                                         PETITIONER

v.                                   NO. 5:07CV00015 BSM

LARRY NORRIS, Director of the                                                RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Walter A. McCullough is denied, and this proceeding is dismissed with prejudice.

IT IS SO ORDERED this 7th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE