IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER A. MCCULLOUGH                                                    PETITIONER

vs.                                        NO. 5:07CV00015 BSM

LARRY NORRIS, DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION                      RESPONDENT

## **ORDER**

Pending before the court is Petitioner's motion for reconsideration of the court's judgment of August 7, 2008, dismissing petitioner's habeas petition. Petitioner contends that the court did not consider Petitioner's objections filed on August 5, 2008.

Contrary to Petitioner's assertions, the court conducted a de novo review of the record, which included review of Petitioner's objections to the Magistrate Judge's recommended disposition. There is no basis for the court to reconsider its August 7, 2008 order and judgment.

Accordingly, the motion for reconsideration (Doc. No. 79) is denied.

IT IS SO ORDERED this 18th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE