# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WALTER A. MCCULLOUGH**                                       **PETITIONER**
**ADC #091861**

**v.**                 **CASE NO. 5:07-CV-00015 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                            **RESPONDENT**

## **ORDER**

The findings and recommendation ("recommendation") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 110] and McCullough's objections [Doc. Nos. 111, 112, 113] have been reviewed. After careful consideration, the recommendation is adopted in its entirety.

Therefore, McCullough's motion for a renewed amended petition [Doc. No. 99] is denied.

IT IS SO ORDERED this 25th day of March 2016.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE